IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ELITE AUTOS, LLC**                                                                                          **PLAINTIFF**

VS.                                            **3:13-CV-00080-BRW**

**H&H CHARTERS, INC., a Foreign**                                                    **DEFENDANT**
**Corporation d/b/a DICK HANNAH**
**DEALERSHIPS a/k/a DICK SAYS YES**

## ORDER

The parties' Joint Stipulation for Dismissal (Doc. No. 7) is GRANTED.

Accordingly, this case is DISMISSED with prejudice.  Each party will bear its own fees and costs.

IT IS SO ORDERED this 9th day of May, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE